Judge: Brian S Miller

4:19-cr-498-8

Oct, 4 2022

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 13 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Please Help!

Dear Mr. Miller

I've been dealing with this issue since 2019 September. It started out with Mr. Adams coming to see me In Pulaski after my first appreance. After our first visit And me coming out with everything to help him In this case. He started out like he was with me But when I call its Always I'll call right back but never get a call, visit or any type of communication letting me know something. I Been Incarceted Since Sept of 2019 For Something I did not Do or For that Fact even Know whats going on At All. He is my Kids uncle thats it I Dont Know what he does In spare time I just try to work, paint, Do my music And stay to myself I have to much good stuff going on For me And my Family to be In DA middle of this. I would never even surround myself with nobody like this At All. I Plead out cause being honest I'm scared Dont know Who for me or Against me. Im Innocent And Just want A Lawyer to please get Justice Served Please I Dont have money to buy lawyers And All but I Promise if I can get A Honest Public Defender to Do whats right I know I can get the truth out Mr. Adam Has Been lying to me From Day 1 like we was gonna Fight it, Then I Dont never know A court Date till the Day Before or on the Day. Just very not Professional At All. Like you said my Life is on the Line I'm In here Innocent waiting on lawyer calls visits something. But (never shows up or Do what He says.)

102

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 13 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

I've Never Been a volent person cAnt stAnd fights And I'm 39 yrs Been to prison 2xs I learned my lesson yrs Ago!

Yes I did have A STD I got from A x partner (girlfriend) But None of what I do, work or etc HAs Never ever made me feel like to do Anything this Low, I'm accused Right Now of!

I have 2 daughters And A grandDaughter I just wannA Show my boys to be meN And Show my Daughters to be Independent work for what you want.

I WANNA Show them A Life I didn't get to see watch your so called friends, Etc they will put you In messy situation And leave you there Knowing they cAn tell the truth And Set Somebody free I Dont understand How People cAn leave A Person In here on they cases

MR Miller I've Been Holding this together for 3 years Now All for Nothing I did, Please Help me get good lawyer to Help I was Trying to get Ankle moniter And time Sered Instead of triAl And All! I Just want this over with this not even my type of trouble I use to be In.

I'm Non-volent And Innocent!!
  Please Help...

IN 3 yrs 2 months I've seen Adam maybe 4 times talk on phone with me calling no 3ways, he's picked up 1 jail call and I would call on 3way but once me and my mama or daddy, anybody once you called for me he blocked you or something. I understand what I'm in here accused of but everybody back her not to real person I just need a fair lawyer to show true justice please I'm begging you I'm not the perfect kid I swear I know that but this whole case with me in it is upsurd I dont even have hiv or syphills its just alot in my case Adam didnt even try fighting at all the facebook is a old account since like 09,10 I do marble floors paint cars Just had new born, produce music and have 5,000 friends I no nothing about some I know some I dont but I dont hang out not less its my shows sir.

THANK you for your time I'm not trying to waste it but this is my life he promised me least 51 months when I came to plead they all took me in a room him and the ladies And told me I can either say I'm guilty and di it now or trial the next week, I was thinking he doesn't come or tell me court dates but I kept trying till you asked to bout PSI he said last oct I would get that in feb here it another year guy went to court same day as me got his indictment Just did Sentencing you gave him Home detention 4 yrs time serv. He had similar situation Just it Innocent or not but I am Please Help Me Please.

P.S sorry Bout Paper

I'm Innocent if I have to plead can it be House Arrest I Live In the country Farm Fields everybody is my family please so I can help him with my brother and mama. Please sir thank you Again !

He use to tell me he knew the Procecutors Don't know from where though also I Don't Have no Paper haven't got my Indicment Papers or Anything sir