IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO. 4:19-CR-00498

MARIO WATERS

RESPONSE TO DEFENDANT WATERS PRO SE MOTION

COMES NOW, Defense counsel for Mario Waters, Adam Childers, respectfully responds to Defendant Waters Pro Se Motion and requests the court to set a new sentencing date for Mr. Waters. In support of this response, counsel presents the following information and argument to the court:

1. Counsel believes Mr. Waters is mistaken in his belief that counsel only visited Mr. Waters on three ("3") occasions during the length of the matter at hand.

2. Mr. Waters made his initial appearance before the court on September 5, 2019 for arraignment. Counsel visited Mr. Waters at the Pulaski County Detention Center the day before arraignment and reviewed the indictment with Mr. Waters and all relevant information that counsel had obtained by that time.

3. A Detention Hearing was held on November 1, 2019, in which counsel visited Mr. Waters on October 30, 2019 in order to prepare for the Detention Hearing.

4. Over the course of this case, Counsel, according to his records, emails, calendar entries, has visited with Mr. Waters on the following dates.

   i. September 14, 2019

    ii.  October 30, 2019

    iii.  January 28, 2020

    iv.  February 19, 2020

    v.  August 14, 2020

    vi.  October 23, 2020 (Counsel went to Jefferson County Detention Center to speak in person, but was not allowed to speak in person and later came back to speak with Mr. Waters at the bonding window)

    vii.  February 2, 2021

    viii.  April 19, 2021

    ix.  June 14, 2021

    x.  October 26, 2021

    xi.  February 2, 2022

    xii.  October 4, 2022

5. Counsel believes that the Attorney-Client relationship was never severed, and counsel has always been under the impression that the Defendant was satisfied with the representation and defense throughout the case.

6. Additionally, Counsel visited the United States Attorney's Office and the co-defendants counsel's office on nearly 10 separate occasions to either review evidence or discuss this case with Assistant United States Attorneys and the co-defendants counsel.

7. Counsel maintains that the attorney-client relationship has always been a positive working relationship as Mr. Waters stated at the Change of Plea Hearing and prior to Sentencing.

WHEREFORE, Defense counsel for Mario Waters, Adam Childers, respectfully requests the court to set a new sentencing date for Mr. Waters.

Respectfully submitted,

*[signature]*

Adam Joseph Childers
Ark. Bar No. 2013035
CHILDERS LAW FIRM, PLLC
315 N. Broadway St.
North Little Rock, Arkansas 72114
Tel (501) 725-2787 / Fax (501) 500-9793
e-mail:  adam@ajchilderslaw.com

   *Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 24, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Kristin H. Bryant and Allison Bragg
U. S. Attorney's Office Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
501-340-2600

ADAM JOSEPH CHILDERS