# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 23-1536

United States of America

Plaintiff - Appellee

v.

Mario Waters, also known as Red, also known as Uncle Red

Defendant - Appellant

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:19-cr-00498-BSM-2)

## JUDGMENT

Before SMITH, Chief Judge, LOKEN and COLLOTON, Circuit Judges.

Mario Waters appealed a judgment of conviction in this criminal case, and the case was submitted on October 16, 2023. Counsel for the appellant has notified the court that Waters died on January 15, 2024. The death of a defendant in a criminal case during the pendency of an appeal renders moot the appeal and abates the cause against the deceased defendant. *United States v. Bennett*, 765 F.3d 887 (8th Cir. 2014); *United States v. Littlefield*, 594 F.2d 682, 683 (8th Cir. 1979). Accordingly, we vacate the judgment of conviction and remand the case to the district court with instructions to dismiss the indictment. *Id*.

The court's mandate shall issue forthwith.

January 25, 2024

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans